IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, HAROUT AZARYAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAROUT AZARYAN, | ) Case No.: CV 20-04494 PD |
|  | ) |
| Plaintiff, | ) **ORDER** |
|  | ) **AWARDING EAJA FEES AND** |
| vs. | ) **COSTS** |
|  | ) |
| ANDREW M. SAUL, Acting Commissioner of Social Security, | ) ) ) |
| Defendants. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of ONE THOUSAND THREE HUNDRED DOLLARS ($1,300.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: February 10, 2021

*Patricia Donahue*
PATRICIA DONAHUE
U.S. MAGISTRATE JUDGE